**DISMISS; and Opinion Filed August 10, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00943-CV

## IN RE HOMEOWNERS' ASSOCIATION OF PRINCETON MEADOW, INC., Relator

**Original Proceeding from the Justice Court, Precinct # 2**
**Collin County, Texas**
**Justice Court Cause No. 02-SC-15-00068**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Justice Lang-Miers

In this original proceeding, relator asks the Court to issue a writ directing the justice court to vacate certain orders and judgments. Appellate courts do not generally have writ jurisdiction over justice courts. TEX. GOV'T CODE ANN. § 22.221(b) (writ jurisdiction over district and county courts only). The exception is if the writ is necessary to protect this Court's jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a) ("Each court of appeals or a justice of a court of appeals may issue a writ of mandamus and all other writs necessary to enforce the jurisdiction of the court."). No appeal is pending in this Court related to the justice court orders at issue. As such, our jurisdiction is not at risk. Relator's remedy, if any, lies in the county court. *See, e.g., Houston v. Sw. Outdoor, Inc.*, 05-14-00936-CV, 2016 WL 2591243, at *2 (Tex. App.—Dallas May 3, 2016, no pet.) ("A statutory county court has mandamus power over justice courts.")

(citing TEX. GOV'T CODE ANN. § 25.0004(a) (West Supp.2015) and *Meridien Hotels, Inc. v. LHO Fin. P'ship* I, L.P., 97 S.W.3d 731, 736–37 (Tex. App.—Dallas 2003, no pet.)).

We **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

160943F.P05